**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KING, CAROLYN<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-46543 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: DuPage County Courthouse
    505 N. County Farm Road, Courtroom 2000
    Wheaton, Illinois 60187

    on: **May 30, 2008**
    at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $         17,603.48

    b. Disbursements                         $             15.36

    c. Net Cash Available for Distribution   $         17,588.12

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $2,510.35 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $160.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $84.39 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $8,255.00 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $900.00 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.   Claims of general unsecured creditors totaling $68,554.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 7.92%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | VON MAUR | $ 482.51 | $ 38.21 |
| 002 | LVNV FUNDING LLC ASSIGNEE OF RESURGENT CAPITAL | $ 7,197.09 | $ 569.89 |
| 003 | VON MAUR | $ 277.55 | $ 21.98 |
| 004 | ECAST SETTLEMENT CORPORATION | $ 37,882.37 | $ 2,999.65 |

005   THOMAS AND MAUREEN KING        $ 22,715.00   $   1,798.65

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, clothing and 1995 Ford F150

Dated: **April 22, 2008**              For the Court,

                                        **KENNETH S. GARDNER**
                                        Kenneth S. Gardner
                                        Clerk of the U.S. Bankruptcy Court
                                        219 S. Dearborn Street; 7th Floor
                                        Chicago, IL  60604

Trustee:   DAVID GROCHOCINSKI, TRUSTEE
Address:   1900 RAVINIA PLACE
           ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

IN RE:                                                CHAPTER 7 CASE
KING, CAROLYN

                                                    CASE NO. 05B-46543 JS

                                                    JUDGE JOHN SQUIRES
                Debtor(s)

**ORDER AWARDING COMPENSATION AND EXPENSES**

     THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

     IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Trustee's compensation | $ | 2,510.35 |
| 2. | Trustee's expenses | $ | 160.00 |
| | TOTAL | $ | 2,670.35 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 8,255.00 |
| | b. Expenses | $ | 84.39 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 900.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

   d. Chapter 11 Expenses                $_____0.00

3. Other Professionals

               TOTAL   $_____9,239.39

  IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.


DATED this _____ day of _____, 200__.


        ENTERED _____
              JOHN SQUIRES
              UNITED STATES BANKRUPTCY JUDGE

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

6543   Doc 35   Filed 04/22/08   Entered 04/25/08 00:01:14   Desc Imaged
Certificate of Service   Page 6 of 6

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                  Page 1 of 1                  Date Rcvd: Apr 22, 2008
Case: 05-46543                  Form ID: pdf002              Total Served: 15
```

The following entities were served by first class mail on Apr 24, 2008.
```
db          +Carolyn M. King,    29 S. Monterey St.,    Villa Park, IL 60181-2751
aty         +Michael J Davis,    Springer, Brown, Covey, Gaertner, &Davis,    400 S. County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
tr          +David E Grochocinski,     Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
10043978    +Citibank Usa/Sears,    Po Box 6189,    Sioux Falls, SD 57117-6189
10043979    +First Usa Bank,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10043981     Hsbc/Wbros,    200 Beneficial Ctr,    Peapack, NJ 07977
10043982    +Marshal Flds,    P.O. Box 59270 C/O Marshall Field,    Minneapolis, MN 55459-0270
10043983    +Marshall Fields,    111 Boulder Industrial D,    Bridgeton, MO 63044-1241
11034807    +Thomas and Maureen King,     29 South Monterey,    Villa Park, Illinois 60181-2751
10043985   ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court:   Von Maur,    6565 Brady,    Davenport, IA 52806)
11017768    +Von Maur,    C/O H & R Accounts, Inc,    PO Box 672,    Moline, IL 61266-0672
10943334     eCAST Settlement Corporation,     assignee of Chase Bank USA NA,    PO Box 35480,
              Newark, NJ 07193-5480
```

The following entities were served by electronic transmission on Apr 23, 2008.
```
10043980    +E-mail/PDF: bankruptcy@hraccounts.com Apr 23 2008 03:48:40       H&R Accounts,   P O Box 672,
              Moline, IL 61266-0672
10978842     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Resurgent Capital LP/Citi,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
10043984    +E-mail/Text: resurgentbknotifications@resurgent.com                         Sherman Acquisitions,
              Po Box 740281,    Houston, TX 77274-0281
                                                                                               TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2008**              **Signature:**   _Joseph Speetjens_