# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05B-46543 JS  
**Case Name:** KING, CAROLYN  

**Taxpayer ID #:** 13-7556187  
**Period Ending:** 07/11/08  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****10-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/22/07 | {5} | MAUREEN E. KING | SETTLEMENT OF 06A 1101 | 1241-000 | 17,500.00 | | 17,500.00 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.93 | | 17,500.93 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.34 | | 17,510.27 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.66 | | 17,519.93 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.66 | | 17,529.59 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.04 | | 17,538.63 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.98 | | 17,548.61 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.68 | | 17,558.29 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.75 | | 17,567.04 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.31 | | 17,577.35 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 9.14 | | 17,586.49 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.95 | | 17,595.44 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 8.04 | | 17,603.48 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #05B-46543, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 15.36 | 17,588.12 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 3.61 | | 17,591.73 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.30 | | 17,595.03 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.45 | | 17,597.48 |
| 05/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 2.07 | | 17,599.55 |
| 05/28/08 | | To Account #********1066 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 17,599.55 | 0.00 |

Subtotals: **$17,614.91** **$17,614.91**

{} Asset reference(s)

Printed: 07/11/2008 11:06 AM V.10.03

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05B-46543 JS  
**Case Name:** KING, CAROLYN  

**Taxpayer ID #:** 13-7556187  
**Period Ending:** 07/11/08  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****10-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 17,614.91 | 17,614.91 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 17,599.55 | |
| | | | **Subtotal** | | 17,614.91 | 15.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,614.91** | **$15.36** | |

{} Asset reference(s)

Printed: 07/11/2008 11:06 AM     V.10.03

| | Form 2 | Page: 3 |
|---|---|---|
| | **Cash Receipts And Disbursements Record** | |

| Case Number: | 05B-46543 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | KING, CAROLYN | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*10-66 - Checking Account |
| Taxpayer ID #: | 13-7556187 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 07/11/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/28/08 | | From Account #\*\*\*\*\*\*\*\*1065 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 17,599.55 | | 17,599.55 |
| 06/02/08 | 101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $2,510.35, Trustee Compensation;  Reference: | 2100-000 | | 2,510.35 | 15,089.20 |
| 06/02/08 | 102 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $160.00, Trustee Expenses;  Reference: | 2200-000 | | 160.00 | 14,929.20 |
| 06/02/08 | 103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $84.39, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 84.39 | 14,844.81 |
| 06/02/08 | 104 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $8,255.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 8,255.00 | 6,589.81 |
| 06/02/08 | 105 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $450.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 450.00 | 6,139.81 |
| 06/02/08 | 106 | CLERK, U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 5,889.81 |
| 06/02/08 | 107 | VON MAUR | Dividend paid   8.59% on $482.51; Claim# 001; Filed: $482.51; Reference: | 7100-000 | | 41.45 | 5,848.36 |
| 06/02/08 | 108 | LVNV FUNDING LLC ASSIGNEE OF RESURGENT CAPITAL | Dividend paid   8.59% on $7,197.09; Claim# 002; Filed: $7,197.09; Reference: | 7100-000 | | 618.33 | 5,230.03 |
| 06/02/08 | 109 | VON MAUR | Dividend paid   8.59% on $277.55; Claim# 003; Filed: $277.55; Reference: | 7100-000 | | 23.85 | 5,206.18 |
| 06/02/08 | 110 | ECAST SETTLEMENT CORPORATION | Dividend paid   8.59% on $37,882.37; Claim# 004; Filed: $37,882.37; Reference: | 7100-000 | | 3,254.64 | 1,951.54 |
| 06/02/08 | 111 | THOMAS AND MAUREEN KING | Dividend paid   8.59% on $22,715.00; Claim# 005; Filed: $22,715.00; Reference: | 7100-000 | | 1,951.54 | 0.00 |
| | | | **Subtotals :** | | **$17,599.55** | **$17,599.55** | |

{} Asset reference(s)                                                                                                              Printed: 07/11/2008 11:06 AM    V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05B-46543 JS  
**Case Name:** KING, CAROLYN  

**Taxpayer ID #:** 13-7556187  
**Period Ending:** 07/11/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****10-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 17,599.55 | 17,599.55 | $0.00 |
| | | | Less: Bank Transfers | | 17,599.55 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 17,599.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$17,599.55** | |

Net Receipts :   17,614.91  
Net Estate :   $17,614.91

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****10-65** | 17,614.91 | 15.36 | 0.00 |
| **Checking # ***-*****10-66** | 0.00 | 17,599.55 | 0.00 |
| | $17,614.91 | $17,614.91 | $0.00 |

{} Asset reference(s)

Printed: 07/11/2008 11:06 AM    V.10.03